# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In Re: | ) | Case No. 18-15534 |
| --- | --- | --- |
|  | ) | Chapter 13 |
| James R. Bryant, | ) | Judge Price Smith |
|  | ) |  |
| Debtor. | ) |  |

## WITHDRAWAL OF NOTICE OF MOTION [DOCKET ENTRY 25] FILED ON DECEMBER 20, 2018

Now comes the Debtor, James R. Bryant, by and through counsel, and gives Notice of the withdrawal of the Notice Of Motion filed on December 20, 2018 being Docket Entry 25. Notice is to be reissued pursuant to the Court's request, as laid out in its Notice of Filing Deficiency. [Docket Entry 27].

Respectfully Submitted,

THE ROMANO LAW FIRM

/s/ Joseph M. Romano
Joseph M. Romano (0074709)
526 Superior Avenue E
333 Leader Building
Cleveland, OH 44114
216-621-7777
jromanolaw@sbcglobal.net
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

A copy of the Withdrawal was either served electronically via the Court's ECF/CM system or mailed via regular U.S. mail on this 27th day of December, 2018, upon the following parties:

Lauren Helbling, Trustee
(electronically)

Christopher Klym, Counsel for State of Ohio
(electronically)

Atlas Acquisitions
294 Union Street
Hackensack, NJ 07601

PRA Recievables Mgmt, LLC
PO Box 41021
Norfolk, VA 23541

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

American Infosource
PO Box 71083
Charlotte, NC 28272-1083

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

CashNet USA
175 W. Jackson Blvd., Ste. 1000
Chicago, IL 60604

Speedy/Rapid Cash
PO Box 780408
Wichita, KS 67278

First American Loans
135 N. Church Street
Spartanburg, NC 29306

Advance America
135 N. Church Street
Spartanburg, NC 29306

Resurgent Capital Svcs
PO Box 10587
Greenville, SC 29603-0587

Weinstein & Riley, PS
2001 Western Ave, Ste. 400
Seattle, WA 98121

James R. Bryant
23465 Cannon Road
Bedford Hts., OH 44146

/s/ Joseph M. Romano
Joseph M. Romano (0074709)
THE ROMANO LAW FIRM
*Counsel for the Debtor*