IT IS SO ORDERED.

Dated: 12 March, 2019 01:49 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-15534 |
| | ) | |
| James R. Bryant, | ) | Judge Price Smith |
| | ) | |
| Debtor. | ) | **JOURNAL ENTRY** |

This matter is before the court on the application of Debtor's attorney requesting fees and expenses in the amount of $4,470.73. [Docket Entry 33]. The application is reviewed under 11 U.S.C. § 330, the bankruptcy rules relating to professional compensation, the legal principles set forth in <u>In re Boddy</u>, 950 F.2d 334 (6th Cir., 1991), the Guidelines for Compensation and Expense Reimbursement for Professional set forth in General Order No. 93-1, and Administrative Order No. 03-6.

Upon consideration of the information in the application, the record in this case, the Guidelines, and the legal principles to fee awards in this circuit,

IT IS THEREFORE, ORDERED that the application is granted in the total amount of $4,470.73. $4,070.73 is to be paid through the Debtor's Chapter 13 plan.

Submitted by: /s/ Joseph M. Romano
Joseph M. Romano (0074709)
THE ROMANO LAW FIRM
526 Superior Avenue E
333 Leader Building
Cleveland, OH 44114
216-621-7777
jromanolaw@sbcglobal.net

## SERVICE LIST

Lauren Helbling, Chapter 13 Trustee
(electronically)

Joseph M. Romano, Counsel for Debtor
(electronically)

James R. Bryant
23465 Cannon Road
Bedford Hts., OH 44146